UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R. WAYNE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>Defendant. | Civil Action No.<br>19-12573-NMG |

### ORDER

GORTON, J.

Plaintiff R. Wayne Johnson ("Johnson") is a prisoner in the custody of the Texas Department of Criminal Justice. On December 23, 2019, he initiated this action without paying the $400 filing and administrative fee and he did not seek leave to proceed in forma pauperis.

By Order dated December 31, 2019, this action was dismissed without prejudice pursuant to 28 U.S.C. § 1915(g), subject to reopening if Johnson paid the $400 filing fee within thirty days. On January 13, 2020, Johnson filed a notice of appeal and now before the Court is his motion to waive fees.

A prisoner may not bring a civil action or appeal a civil judgment in forma pauperis "if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or

fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Here, because three strikes have been recorded against Johnson under 28 U.S.C. § 1915(g), and because Johnson has not made the required showing of imminent danger of a serious physical injury, he cannot proceed *in forma pauperis* and his motion must be denied.

Accordingly, Johnson's motion to waive fees is DENIED. **So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: June 15, 2020